974 A.2d 1163

Benjamin **VELASQUEZ,** Petitioner

v.

Hon. F.A. **MASSIAH–JACKSON,** President Judge
Philadelphia County, Respondent.

No. 57 EM 2009.

Supreme Court of Pennsylvania.

June 23, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.